# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

STATE OF IOWA, STATE OF
ARKANSAS, STATE OF FLORIDA,
STATE OF IDAHO, STATE OF
KANSAS, STATE OF MISSISSIPPI,
STATE OF MISSOURI, STATE OF
MONTANA, STATE OF
NEBRASKA, STATE OF OHIO,
STATE OF OKLAHOMA, STATE
OF TEXAS, STATE OF UTAH, and
AMERICAN FREE ENTERPRISE
CHAMBER OF COMMERCE,

            *Petitioners,*

v.

JENNIFER GRANHOLM, *in her
official capacity as Secretary of the
United States Department of Energy*;
JEFFREY MAROOTIAN, *in his
official capacity as the Principal
Deputy Assistant Secretary for
Energy Efficiency and Renewable
Energy*; UNITED STATES
DEPARTMENT OF ENERGY;
MICHAEL S. REGAN, *in his official
capacity as the Administrator of
United States Environmental
Protection Agency*; and UNITED
STATES ENVIRONMENTAL
PROTECTION AGENCY,

            *Respondents.*

**FILED**

APR 0 5 2024

**U.S. Court of Appeals
Eighth Circuit**

No. 24-1721
Docket No. EERE–2021–VT–0033

1

# PETITION FOR REVIEW

Pursuant to 49 U.S.C. § 32909 and Federal Rule of Appellate Procedure 15(a), the States of Iowa, Arkansas, Florida, Idaho, Kansas, Mississippi, Missouri, Montana, Nebraska, Ohio, Oklahoma, Texas, Utah, and the American Free Enterprise Chamber of Commerce (collectively, "Petitioners") hereby petition this Court for review of the United States Department of Energy's ("DOE's") final rule, *Petroleum-Equivalent Fuel Economy Calculation* published in the Federal Register at 89 Fed. Reg. 22041 (Mar. 29, 2024) ("PEF Rule"). A copy of the final rule is attached as Exhibit A.

Section 32902 of Title 49 of the U.S. Code provides that "a person that may be adversely affected by a regulation prescribed in carrying out any of sections 32901–32904 or 32908 of this title may apply for review of the regulation by filing a petition for review in the United States Court of Appeals for the District of Columbia Circuit or in the court of appeals of the United States for the circuit in which the person resides or has its principal place of business." 49 U.S.C. § 32909(a). Such a "petition must be filed not later than 59 days after the regulation is prescribed." *Id.* § 32909(b).

Appellate Case: 24-1721     Page: 2     Date Filed: 04/05/2024 Entry ID: 5381079

Jurisdiction and venue are proper under 49 U.S.C. § 32909, because Petitioners are persons adversely affected by a regulation prescribed under 49 U.S.C. § 32904 and because Petitioners State of Iowa, State of Arkansas, State of Missouri, State of Nebraska, and the American Free Enterprise Chamber of Commerce, reside in this Circuit. The petition is timely filed because the regulation was prescribed no earlier than March 29, 2024, when it was published in the Federal Register. *See Nat. Res. Def. Council v. Nat'l Highway Traffic Safety Admin.*, 894 F.3d 95, 103, 106 (2d Cir. 2018).

The U.S. Environmental Protection Agency (EPA) is a proper Respondent because the PEF Rule is "intended to be used by the Environmental Protection Agency in calculating corporate average fuel economy values." 10 C.F.R. § 474.1. EPA must use the PEF Rule to calculate fleet-average fuel economy values for automobile manufacturers. 49 U.S.C. § 32904(a)(2)(B). EPA, together with DOE, would therefore be responsible for compliance with any relief ordered by this Court.

Petitioners seek review of the PEF Rule on ground that the Rule exceeds DOE's statutory authority and violates other federal laws:

Appellate Case: 24-1721     Page: 3     Date Filed: 04/05/2024 Entry ID: 5381079

(1)    DOE lacked statutory authority to impose a fuel-content factor which multiplies the nominal fuel-efficiency of electric automobiles by 6.67.

(2)    DOE lacked statutory authority to "apply[] the revised [Petroleum-Equivalency Factor] beginning with MY 2027" because DOE is "required [to perform an] annual review of the [Petroleum-Equivalency Factor]." 89 Fed. Reg. at 22054.

(3)    DOE failed to perform the required Environmental Impact Statement under the National Environmental Policy Act.

(4)    DOE's final rule is arbitrary and capricious and otherwise contrary to law. 5 U.S.C. § 706.

Petitioners reserve the right to modify, add, or abandon grounds.

Petitioners respectfully request that this Court (1) grant the Petition and hold that the final rule is unlawful; (2) vacate, enjoin, and set it aside; and (3) provide such other relief as this Court deems appropriate.

Dated: April 5, 2024

4

Respectfully submitted,

/s/ R. Trent McCotter
R. TRENT MCCOTTER
   *Counsel of Record*
MICHAEL BUSCHBACHER
JAMES R. CONDE
LAURA B. RUPPALT
BOYDEN GRAY PLLC
801 17th Street NW, #350
Washington, DC 20006
(202) 955-0620
tmccotter@boydengray.com

*Counsel for the American Free Enterprise Chamber of Commerce*

BRENNA BIRD
Iowa Attorney General

/s/ Eric H. Wessan
ERIC H. WESSAN
*Solicitor General*
PATRICK VALENCIA
*Deputy Solicitor General*
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for State of Iowa*

TIM GRIFFIN
Arkansas Attorney General

/s/ Nicholas J. Bronni
NICHOLAS J. BRONNI
*Solicitor General*
DYLAN L. JACOBS
*Deputy Solicitor General*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
Nicholas.Bronni
   @ArkansasAG.gov

*Counsel for State of Arkansas*

ASHLEY MOODY
Florida Attorney General

/s/ Henry C. Whitaker
HENRY C. WHITAKER
*Solicitor General*
Florida Attorney General's Office
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
henry.whitaker
   @myfloridalegal.com

*Counsel for State of Florida*

Appellate Case: 24-1721   Page: 5   Date Filed: 04/05/2024 Entry ID: 5381079

RAÚL R. LABRADOR
Idaho Attorney General

*/s/ Joshua N. Turner*
JOSHUA N. TURNER
*Chief of Constitutional*
*Litigation and Policy*
ALAN M. HURST
*Solicitor General*
Office of the Idaho
Attorney General
P.O. Box 83720
Boise, Idaho 83720
(208) 334-2400
Josh.Turner@ag.idaho.gov
Alan.Hurst@ag.idaho.gov

*Counsel for State of Idaho*

KRIS W. KOBACH
Kansas Attorney General

*/s/ Dwight Carswell*
DWIGHT CARSWELL #25111
*Deputy Solicitor General*
Office of the Attorney
General
120 S.W. 10th Avenue
Topeka, Kansas 66612
Dwight.Carswell@ag.ks.gov

*Counsel for State of Kansas*

LYNN FITCH
Mississippi Attorney General

*/s/ Justin L. Matheny*
JUSTIN L. MATHENY
*Deputy Solicitor General*
Mississippi Attorney General's
Office
P.O. Box 220
Jackson, MS 39205
(601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for State of Mississippi*

ANDREW T. BAILEY
Missouri Attorney General

*/s/ Joshua M. Divine*
JOSHUA M. DIVINE, 69875MO
*Solicitor General*
Office of the Attorney General
207 West High Street
Jefferson City, MO 65101
Phone: (573) 751-8870
Josh.Divine@ago.mo.gov

*Counsel for State of Missouri*

6

AUSTIN KNUDSEN
Montana Attorney General

/s/ Christian B. Corrigan
CHRISTIAN B. CORRIGAN
*Solicitor General*
PETER M. TORSTENSEN, JR.
*Deputy Solicitor General*
Montana Department of Justice
215 North Sanders
P.O. Box 201401
Helena, Montana 59620-1401
(406) 444-2026
christian.corrigan@mt.gov

*Counsel for State of Montana*

MICHAEL T. HILGERS
Nebraska Attorney General

/s/ Grant D. Strobl
GRANT D. STROBL
*Assistant Solicitor General*
Office of the Attorney General
of Nebraska
2115 State Capitol
Lincoln, NE 68509
(402) 471-2683
Grant.Strobl@nebraska.gov

*Counsel for State of Nebraska*

DAVE YOST
Ohio Attorney General

/s/ T. Elliot Gaiser
T. ELLIOT GAISER
*Solicitor General*
MATHURA J. SRIDHARAN
*Deputy Solicitor General*
Office of the Attorney General
365 East Broad Street
Columbus, Ohio 43215
Phone: (614) 466-8980
thomas.gaiser@ohioago.gov

*Counsel for State of Ohio*

GENTNER DRUMMOND
Oklahoma Attorney General

/s/ Garry M. Gaskins, II
GARRY M. GASKINS, II
*Solicitor General*
JENNIFER L. LEWIS
*Deputy Attorney General*
Office of the Attorney General of
Oklahoma
313 NE Twenty-first Street
Oklahoma City, OK 73105
(405) 521-3921
garry.gaskins@oag.ok.gov
jennifer.lewis@oag.ok.gov

*Counsel for State of Oklahoma*

7

KEN PAXTON
Texas Attorney General

BRENT WEBSTER
*First Assistant Attorney General*
JAMES LLOYD
*Deputy Attorney General for Civil Litigation*
KELLIE E. BILLINGS-RAY
*Chief, Environmental Protection Division*

*/s/ Wesley S. Williams*
WESLEY S. WILLIAMS
*Assistant Attorney General*
Texas Bar No. 24108009
Office of the Attorney General of Texas
Environmental Protection Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
(512) 463-2012
Fax: (512) 320-0911
Wesley.Williams@oag.texas.gov

*Counsel for State of Texas*

SEAN D. REYES
Utah Attorney General

*/s/ Stanford E. Purser*
STANFORD E. PURSER
*Solicitor General*
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
Tel: (801) 538-9600
spurser@agutah.gov

*Counsel for State of Utah*

8

# CERTIFICATE OF SERVICE

I certify that on April 5, 2024, the above Petition for Review was electronically filed with the United States Court of Appeals for the Eighth Circuit using the CM/ECF system.

I will also cause a copy of the date-stamped Petition to be sent via certified mail to:

> Samuel Walsh
> U.S. Department of Energy
> Office of the General Counsel
> Forrestal Building, GC–33
> 1000 Independence Avenue SW
> Washington, DC 20585
>
> Correspondence Control Unit
> Office of General Counsel (2311)
> U.S. Environmental Protection Agency
> 1200 Pennsylvania Avenue NW
> Washington, DC 20460

Respectfully submitted,

*/s/ R. Trent McCotter*