# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1721

State of Iowa, et al.

Petitioners

v.

Jennifer Granholm, in her official capacity as Secretary of the United States Department of Energy, et al.

Respondents

Alliance for Automotive Innovation

Intervenor

------------------------------

American Fuel & Petrochemical Manufacturers

Amicus on Behalf of Petitioner

Natural Resources Defense Council and Sierra Club

Amici on Behalf of Respondent

---

Petition for Review of an Order of the Department of Energy
(89 Fed. Reg. 22041)
(EERE-2021-VT-0033)

---

**ORDER**

The motion for divided argument has been considered by the court and is granted. As per counsel's request, Petitioner American Free Enterprise Chamber of Commerce and the State Petitioners are granted leave to divide the 30 minutes of allocated oral argument time.

December 23, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Maureen W. Gornik