

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7212
Washington, DC 20530

Tel: (202) 514-4820

February 6, 2025

VIA CM/ECF

Ms. Maureen W. Gornik
Clerk of the Court
U.S. Court of Appeals for the
   Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

      Re:   *Iowa v. Granholm*, No. 24-1721 (8th Cir.) (oral argument held January 15, 2025)

Dear Ms. Gornik:

      The petition for review in the above-referenced case challenges a final rule issued by the Department of Energy updating the methodology for determining the fuel-economy value of electric vehicles beginning in model year 2027. Pursuant to Federal Rule of Appellate Procedure 28(j), respondents submit this letter to inform the Court that, on January 20, 2025, President Trump issued Executive Order 14,154, Unleashing American Energy, 90 Fed. Reg. 8353 (Jan. 20, 2025). That order announces the policy of the United States with respect to government regulations "that favor [electric vehicles] over other technologies" and instructs "[t]he heads of all agencies" to identify agency actions that are "inconsistent with the [stated] policy." *Id.* at 8353-8354.

      Respondents are considering how to proceed in light of the President's order and will provide a further update when one is available.

Sincerely,

/s/ *Joshua M. Koppel*
Joshua M. Koppel

cc: All parties (via CM/ECF)