# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1721

State of Iowa, et al.

Petitioners

v.

Jennifer Granholm, in her official capacity as Secretary of the United States Department of Energy, et al.

Respondents

Alliance for Automotive Innovation

Intervenor

------------------------------

American Fuel & Petrochemical Manufacturers

Amicus on Behalf of Petitioner

Natural Resources Defense Council and Sierra Club

Amici on Behalf of Respondent

---

Petition for Review of an Order of the Department of Energy
(89 Fed. Reg. 22041)
(EERE-2021-VT-0033)

---

**ORDER**

Respondents are directed to file a statement of their position on or before June 16, 2025.

May 30, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler