

U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7212
Washington, DC 20530

Tel: (202) 514-4820

August 4, 2025

VIA CM/ECF

Ms. Maureen W. Gornik
Clerk of the Court
U.S. Court of Appeals for the
   Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

      Re:   *Iowa v. Wright*, No. 24-1721 (8th Cir.) (oral argument held January 15, 2025)

Dear Ms. Gornik:

    We write to inform the Court of a recent legislative development related to this case. On July 4, 2025, the President signed into law Public Law 119-21, 139 Stat. 72, commonly referred to as the One Big Beautiful Bill Act. As relevant here, the Act includes a provision addressing "Corporate Average Fuel Economy Civil Penalties." 139 Stat. at 136. That provision reduces the civil penalties established by 49 U.S.C. § 32912 to "$0.00." *Id.* This change "take[s] effect on the date of enactment" and "appl[ies] to all model years of a manufacturer for which the Secretary of Transportation has not provided a notification pursuant to section 32903(b)(2)(B) of title 49, United States Code." *Id.* The government has notified manufacturers subject to corporate average fuel economy standards that this change is applicable for vehicle model years 2022 and later.

Sincerely,

/s/ *Joshua M. Koppel*
Joshua M. Koppel

cc: All parties (via CM/ECF)