# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-1721

_____

State of Iowa; State of Arkansas; State of Florida; State of Idaho; State of Kansas; State of Mississippi; State of Missouri; State of Montana; State of Nebraska; State of Ohio; State of Oklahoma; State of Texas; State of Utah; American Free Enterprise Chamber of Commerce

Petitioners

v.

Chris Wright, in his official capacity as Secretary of the United States Department of Energy; Louis Hrkman, in his official capacity as the Principal Deputy Assistant Secretary for Energy Efficiency and Renewable Energy; United States Department of Energy; Lee M. Zeldin, in his official capacity as the Administrator of United States Environmental Protection Agency; United States Environmental Protection Agency

Respondents

Alliance for Automotive Innovation

Intervenor

------------------------------

American Fuel & Petrochemical Manufacturers

Amicus on Behalf of Petitioner

Natural Resources Defense Council; Sierra Club

Amici on Behalf of Respondent

_____

Petition for Review of an Order of the Department of Energy
(89 Fed. Reg. 22041)
(EERE-2021-VT-0033)

_____

# JUDGMENT

Before SMITH, BENTON, and ERICKSON, Circuit Judges.

This cause was submitted on petition for review of an order from the Department of Energy, on the original record, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the petition for review is granted, the 2024 final rule is vacated, and the case is remanded to the Department of Energy in accordance with the opinion of this court.

September 05, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler